IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH ERIC DEMOSS,

    Plaintiff,

v.

                                                                        No. 24-cv-0674-MLG-KRS

DONA ANA COUNTY JAIL, *et al*,

    Defendants.

## ORDER TO CURE DEFICIENCY

    This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) (Motion). The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order. All filings should include the case number (No. 24-cv-0674-MLG-KRS) and be labelled as legal mail. The failure to timely comply with this Order may result in dismissal without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions for a six-month period

    This 11th day of October, 2024

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE