IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH ERIC DEMOSS,

    Plaintiff,

v.

                                                                                       No. 24-cv-0674-MLG-KRS

DONA ANA COUNTY JAIL, *et al*,

    Defendants.

## ORDER EXTENDING CURE DEADLINE

This matter comes before the Court on Plaintiff's Motion for Case Status (Doc. 5) (Motion). Plaintiff is incarcerated and proceeding *pro se*. The Court previously directed him to file an inmate account statement reflecting transactions for a six-month period, as required by 28 U.S.C. § 1915(a)(2). *See* Doc. 4 (Cure Order). In the instant Motion, Plaintiff asks for a status update but does not acknowledge the Cure Order. The Court liberally construes the Motion as a notice that Plaintiff did not receive the Cure Order and a request to extend the cure deadline. The Court will extend the cure deadline through January 13, 2025. The failure to timely comply with this Order may result in dismissal without further notice.

**IT IS ORDERED** that, to the extent the Motion for Case Status (**Doc. 5**) requests an extension of the cure deadline, such request is **GRANTED**; and by **January 13, 2025**, Plaintiff must file an account statement reflecting transactions for a six-month period.

IT IS SO ORDERED this 13th day of December, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE